Christopher M. Schierloh (CS-6644)
Gregory G. Barnett (GGB-3751)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o FISHER    2008 Civ. 2988(CM)
CAPESPAN USA, LLC

                Plaintiff,                    **FRCP RULE 7.1**
                                                              **DISCLOSURE**
   - against -                                         **STATEMENT**

M/V VINSON, her engines, boilers, tackle, furniture,
apparel, etc., *in rem*, and NORBULK SHIPPING UK LTD.
*in personam*.

                Defendants.
------------------------------------------------------------------X

    NOW comes plaintiff, MUND & FESTER GMBH & CO.KG a/s/o FISHER CAPESPAN USA, LLC and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

    MUND & FESTER GMBH & CO.KG is not a publicly traded company. FISHER CAPESPAN USA, LLC is not a publicly traded company.

Dated: New York, New York
       March 27, 2008
       260-62

                              Casey & Barnett, LLC
                              Attorneys for Plaintiff

                By: /s/
                              Christopher M. Schierloh (CS-6644)
                              Gregory G. Barnett (GGB-3751)
                              317 Madison Avenue, 21st Floor
                              New York, New York 10017
                              (212) 286-0225