UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Mund & Fester GmbH & Co. Kg,

          Plaintiff(s),                    08 Civ 2988 (CM) (JCF)

     -against-                        CALENDAR NOTICE

Norbulk Shipping UK Ltd., et al,
          Defendant(s).
-------------------------------------------------------X

      Please take notice that the above captioned matter has been **re-scheduled** for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ____ Status Conference | ___ Oral argument |
| ___ Settlement conference | ____ Plea Hearing | (Bankruptcy Appeal) |
| ✓ Rule (16) conference | ____ Final pre-trial conference | |
| ___ Telephone Conference | ____ Jury Selection and Trial | |
| ___ Non-Jury Trial | ____ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, July 25, 2008 at 11:00 a.m.** in Courtroom 21B, U. S. District Court,  500 Pearl Street, New York, New York 10007.

      Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: May 16, 2008
       New York, New York

So Ordered

_____
Colleen McMahon, U.S.D.J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08
```