UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o FISHER
CAPESPAN USA, LLC

    Plaintiff,

    - against -

M/V VINSON, her engines, boilers, tackle, furniture,
apparel, etc., *in rem*; NORBULK SHIPPING UK LTD.,
QUARK LTD., and EAST WIND TRANSPORT, LTD.
*in personam*.

    Defendants.
-----------------------------------------------------------X

2008 Civ. 2988 (CM)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       June 25, 2008
       260-62

          **CASEY & BARNETT, LLC**
          Attorneys for Plaintiff

    By: _____
         Gregory G. Barnett (GGB-3751)
         317 Madison Avenue, 21st Floor
         New York, New York 10017
         (212) 286-0225

SO ORDERED:
_____
U.S.D.J.
6-26-08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08